| Fill in this information to identify the case: |
|---|
| Debtor 1   Rafael Enrique Linero |
| Debtor 2   Claudia Alexandra Linero  (Spouse, if filing) |
| United States Bankruptcy Court for the:  SOUTHERN    District of   FLORIDA  (State) |
| Case number   25-23012-LMI |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**   LAKEVIEW LOAN SERVICING, LLC    **Court claim no. (if known)**   4

**Last four digits** of any number you use to identify the debtors' account:   XXXXXX6530

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 12/23/2025 | (5) | $ 350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  Initial Plan Review | 11/22/2025 | (11) | $ $75.00 |
| 12. | Other. Specify:  Final Plan Review | 12/20/2025 | (12) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Rafael Enrique Linero | | Case number (*if known*) | 25-23012-LMI |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Reka  Beane                                    Date  12/31/2025
   Signature

Print:  Reka                    Beane                    Title  Authorized Agent
        First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLP

Address  1544 Old Alabama Road
         Number    Street
         Roswell          GA          30076
         City             State       ZIP Code

Contact phone  954-332-9370          Email  Reka.Beane@mccalla.com

***If the Debtors and Lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Postpetition Mortgage Fees, Expenses, and Changes is for notice purposes only and will be abated pending the outcome of the mediation.  If the Debtors does not modify the mortgage, the notices will be effective pursuant to the Notice of Postpetition Mortgage fees, Expenses, and Charges

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In re:**                                          )
                                                    )   **Case No.** 25-23012-LMI
Rafael Enrique Linero                               )   **Chapter** 13
Claudia Alexandra Linero                            )
                                                    )   **JUDGE:** Laurel M Isicoff

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $75.00 |
| | 11/22/2025 | Initial Review and Analysis of Schedules, Plan, Docket, Loan Docs | $75.00 | |
| Other | | | | $100.00 |
| | 12/20/2025 | Final Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $350.00 |
| | 12/23/2025 | Preparation and Filing of Proof of Claim | $350.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                             **$525.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:  
    Rafael Enrique Linero  
    Claudia Alexandra Linero

Bankruptcy Case No.: 25-23012-LMI  
Chapter: 13  
Judge: Laurel M Isicoff

## CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Rafael Enrique Linero  
11025 SW 232nd Terrace  
Homestead, FL 33032

Claudia Alexandra Linero  
11025 SW 232nd Terrace  
Homestead, FL 33032

Jose A Blanco                              *(Served via ECF at eservice@blancopa.com)*  
Jose A. Blanco, P.A.  
102 E 49th ST  
Hialeah, FL 33013

Nancy K. Neidich                       *(Served via ECF at e2c8f01@ch13miami.com)*  
POB 279806  
Miramar, FL 33027

Office of the US Trustee               *(Served via ECF at USTPRegion21.MM.ECF@usdoj.gov)*  
51 S.W. 1st Ave.  
Suite 1204  
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 01/05/2026    By:    /s/Reka Beane
           (date)                   Reka Beane
                                    Authorized Agent for Creditor